JOHN J. POWERS, PLAINTIFF-APPELLANT, v. UNION CITY BOARD OF EDUCATION, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued March 18, 1974—Decided March 28, 1974.

Before Judges LEONARD, ALLCORN and CRAHAY.

Mr. *Richard A. Levin* argued the cause for appellant (*Messrs. Amster & Levin,* attorneys).

Mr. *Stephen G. Weiss* argued the cause for respondent (*Messrs. Greenwood, Weiss & Shain,* attorneys).

PER CURIAM. The judgment under review is affirmed essentially for the reasons stated by Judge Larner in his opinion reported at 124 *N. J. Super.* 590 (Law Div. 1973).
Affirmed.